FILED
United States Court of Appeals
Tenth Circuit

**April 30, 2024**

**Christopher M. Wolpert
Clerk of Court**

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT
_____

DUKE BRADFORD; ARKANSAS VALLEY ADVENTURES, LLC, AKA AVA Rafting and Zipline; COLORADO RIVER OUTFITTERS ASSOCIATION,

    Plaintiffs - Appellants,

v.

U.S. DEPARTMENT OF LABOR; U.S. DEPARTMENT OF LABOR, WAGE AND HOUR DIVISION; JOSEPH R. BIDEN, President of the United States; JULIE A. SU, U.S. Secretary of Labor; JESSICA LOOMAN, Acting Administrator,

    Defendants - Appellees.

-------------------------------

ECONOMIC POLICY INSTITUTE; NATIONAL EMPLOYMENT LAW PROJECT; NATIONAL ABILITY CENTER; NATIONAL WOMEN'S LAW CENTER; STATE OF ARIZONA; SERVICE EMPLOYEES INTERNATIONAL UNION; STATE OF ALABAMA; STATE OF ARKANSAS; STATE OF GEORGIA; STATE OF IDAHO; STATE OF INDIANA; STATE OF LOUISIANA; STATE OF MISSISSIPPI; STATE OF MISSOURI; STATE OF MONTANA; STATE OF NEBRASKA; STATE OF OKLAHOMA; STATE OF SOUTH CAROLINA; PUBLIC CITIZEN; SAFARI CLUB INTERNATIONAL;

No. 22-1023
(D.C. No. 1:21-CV-03283-PAB-STV)
(D. Colo.)

| | |
|---|---|
| COMMUNICATIONS WORKERS OF AMERICA; STATE OF ILLINOIS; STATE OF CALIFORNIA; STATE OF CONNECTICUT; STATE OF DELAWARE; DISTRICT OF COLUMBIA; STATE OF MAINE; STATE OF MARYLAND; STATE OF MASSACHUSETTS; STATE OF MICHIGAN; STATE OF MINNESOTA; STATE OF NEVADA; STATE OF NEW JERSEY; STATE OF NEW MEXICO; STATE OF NEW YORK; STATE OF NORTH CAROLINA; STATE OF OREGON; STATE OF PENNSYLVANIA; STATE OF RHODE ISLAND; STATE OF VERMONT; STATE OF WASHINGTON, <br><br> Amici Curiae. | |

_____

## JUDGMENT
_____

Before **HOLMES**, Chief Judge, **EBEL**, and **EID**, Circuit Judges.
_____

This case originated in the District of Colorado and was argued by counsel.

The judgment of that court is affirmed.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk