# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

August 30, 2024

Clerk
United States Court of Appeals for the Tenth Circuit
Byron White Courthouse
1823 Stout Street
Denver, CO  80257

    Re:  Duke Bradford, et al.
          v. Department of Labor, et al.
          No. 24-232
          (Your No. 22-1023)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on August 28, 2024 and placed on the docket August 30, 2024 as No. 24-232.

          Sincerely,

          **Scott S. Harris**, Clerk

          by

          Susan Frimpong
          Case Analyst