UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert
Clerk of Court

Jane K. Castro
Chief Deputy Clerk

January 16, 2025

Mr. Jeffrey P. Colwell
United States District Court for the District of Colorado
Office of the Clerk
Alfred A. Arraj U.S. Courthouse
901 19th Street
Denver, CO 80294-3589

**RE:** 22-1023, Bradford, et al v. U.S. Department of Labor, et al
Dist/Ag docket: 1:21-CV-03283-PAB-STV

Dear Clerk:

Pursuant to Federal Rule of Appellate Procedure 41, the Tenth Circuit's mandate in the above-referenced appeal issued today. The court's April 30, 2024 judgment takes effect this date. With the issuance of this letter, jurisdiction is transferred back to the lower court/agency.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

cc: Ryan Azad
Jeremy Evan Clare
Drew C. Ensign
Madeline Gitomer
Sarah A Hunger
Nandan M. Joshi
Caleb Kruckenberg
Regina Lennox

Michael A. Poon
Mark B. Stern
Lucas C. Townsend
Daniel Winik
Allison M. Zieve

CMW/jjh